BEFORE THE SECOND DIVISION, JANUARY 12, 1950

**No. 53893.**—Gimbel Bros., Inc. *v.* United States, petition 6658–R (Milwaukee),

Opinion by LAWRENCE, J.   Upon the entire record presented the court was satisfied that the entry of the merchandise at a less value than that returned

upon final appraisement was without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.